**UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY**

MARINA DISTRICT DEVELOPMENT
CO., LLC doing business as
BORGATA HOTEL CASINO & SPA,             CIVIL NO. 14-2283(NLH/AMD)
　　　Plaintiff,

v.                                      **ORDER**

PHILLIP D. IVEY, JR., GEMACO
INC., and CHENG YIN SUN,
Defendants.

　　　For the reasons expressed in the Court's Opinion filed today,

　　　IT IS on this ___15th___ day of ___December___, 2016

　　　ORDERED that as a part of the Court's grant of summary judgment in favor of Plaintiff Marina District Development Co., LCC on its breach of contract claim against Defendants Phillip D. Ivey, Jr. and Cheng Yin Sun, Plaintiff is hereby entitled to damages in the amount of $10,130,000.00.


At Camden, New Jersey
　　　　　　　　　　　　　　　　　　__s/ Noel L. Hillman__
　　　　　　　　　　　　　　　　　　NOEL L. HILLMAN, U.S.D.J.