# Law Offices of
# WILLIAM E. STAEHLE

445 South Street
P.O. Box 1938
Morristown, NJ 07962-1938
Office also in Marlton, N.J.

(973) 631-7300
FAX (855) 857-9822

Attorney's Direct Line:
973-631-7341

Please refer to File No.:
2014092997-US-JWM

William E. Staehle [1]
Jeffrey W. Mazzola [1]
Steven J. Currenti [2]
James H. Rohlfing
Michael A. Mourtzanakis [1]
Frank J. Muoio [2]
Bernard J. Tkaczynski [1]
Florence A. Lamb [2]
Stephen C. Cahir [1]
Margaret A. Kerr [2]
Sandra E. Celona [2]
Cynthia J. Birkitt [1]
D. Scott Conchar [1]
Carol A. Dietrich [2]
Jaunice M. Canning [1]
Gary N. Coutu [1]
Kevin D. London [1]
Lisa Marie DeRogatis [1]
Thomas F. Zborowski [1]
Michael G. David [1]
Nancy B. Appel [1]
Erica B. Sherman
Patrick S. Brennan
Robert C. Kane, Jr.
Rosalind J. Raymond
Laurie M. Lewis

Eileen M. Ryan
Suzanne D. Montgomery
Christina P. Fisher
Karin J. Ward
Terence J. Lynch
Peter J. Dahl
Gellaine T. Newton
Victoria M. Gomez
Jacqueline S. Peña
Paulisa D. Vargas
Rachel W. Console
Kenneth A. Funkhouser
Rodney Beltre
Gina M. Kourtesis
Rebecca C. Molnar
Dominic J. LaFauci
Caitlin E. White
Gaecia A. Yaw

1. *Certified by the Supreme Court of N.J. as a Civil Trial Attorney*

2. *Certified by the Supreme Court of N.J. as a Workers' Compensation Law Attorney*

October 3, 2017

**Sent Via Fax: 856-757-5070**
**Honorable Noel J. Hillman, U.S.D.J.**
United State District Court
District of New Jersey
PO Box 2797
Camden, NJ  08101-2795

      **Re:  Marina District Development Co., LLC d/b/a Borgata Hotel Casino & Spa**
           **v. Ivey,  Phillip D., Jr. (Gemaco, Inc.)**
           **Docket No.: 1:14-cv-02283-NLH-AMD**

Dear Magistrate Donio:

      This office represents defendant Gemaco, Inc. in the above matter.  Pursuant to Civ. Rule 7.1(h), this office requests permission to submit a reply brief in support of its cross-motion for summary judgment before the Court in the above-referenced matter.  We request permission to file the brief on or before Tuesday, October 10, 2017.  Please note that plaintiff does not oppose our request.  I await the Court's decision.

      Thank you for your courtesy in this regard.  Should Your Honor have any questions concerning this request, please do not hesitate to contact this office.

      Respectfully,

      Jeffrey W. Mazzola

JWM:ja
  cc:  Jeremy M. Klausner, Esq. (Via email: jklausner@agostinolaw.com)
       Louis M. Barbone, Esq.  (Via email: jacobsbarbone@comcast.net)
       Kay Summers, Gemaco, Inc.
       Kevin Kirby/CIR4390

Not a Partnership or Professional Corporation.
All attorneys are employees of The Travelers Indemnity Company and its Property Casualty Affiliates.